### 43814. WELLS v. JOHNSON.

JORDAN, Presiding Judge. An order ruling on the defendant's objections to the plaintiff's interrogatories, not certified by the trial court within ten days of entry thereof for immediate review, is not subject to direct appeal. Section 1 of the Appellate Practice Act of 1965, as amended, Ga. L. 1965, p. 18; Ga. L. 1968, p. 1072 (*Code Ann.* § 6-701); *Louisville & N. R. Co. v. Clark,* 114 Ga. App. 755 (152 SE2d 694).

*Appeal dismissed. Pannell and Deen, JJ., concur.*

SUBMITTED JULY 3, 1968—DECIDED JULY 11, 1968.

*Long & Glean, Michael Anthony Glean,* for appellant.

*Gambrell, Russell, Moye & Killorin, Edward W. Killorin, George W. Hart,* for appellee.